**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Campbell and Marie G. Campbell, a married couple,<br><br>Plaintiffs,<br><br>v.<br><br>California Reconveyance Company, et al.,<br><br>Defendants. | No. CV-11-0180-PHX-DGC<br><br>**ORDER** |

Plaintiffs have filed a motion to extend deadline for filing dispositive motions (Doc. 47).

**IT IS ORDERED** that Plaintiffs' motion (Doc. 47) is **granted**. The dispositive motions deadline in this case is extended to **June 29, 2012**. **The parties are advised that the Court will not grant further extensions in this matter absent truly extraordinary circumstances.**

Dated this 21st day of May, 2012.

_David G. Campbell_
United States District Judge